# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL REEVES, | ) | |
| | ) | |
| Plaintiff(s), | ) | 3:04-cv-00716-RLH-VPC |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | (Report & Recommendation–#24) |
| STATE OF NEVADA, *et al.*, | ) | (Motion to Amend Complaint–#28) |
| | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#16, filed January 19, 2004), entered by the Honorable Valerie P. Cooke, regarding Defendant's Motion to Dismiss (#15). An objection (#27) was filed to Magistrate Judge Cooke's Report and Recommendation of United States Magistrate Judge in accordance with Local rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Defendants have filed an Opposition (#29) thereto, and the matter was submitted for consideration.

Contemporary with Plaintiff's Objection to the Report and Recommendation, Plaintiff also filed a Motion to Amend (#28) in conformance with the Recommendation of Judge Cooke. To this motion, Defendants have filed a Non-Opposition (#30). Both the Objection and the Motion to Amend ask the Court to simply dismiss Count III of the Complaint and consider it to be compliant with the Recommendation of the Magistrate Judge.

. . . .

1

1    The court has conducted a *de novo* review of the record in this case in accordance
2 with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and
3 Recommendation of Magistrate Judge Cooke should be affirmed, except as to the procedure for its
4 implementation.  The *Lira v. Herrera* (427 F.3d 1164 (9th cir. 2005)) case, articulated by Judge
5 Cooke, provides that where causes of action are not intertwined, that any unexhausted claims or
6 causes of action should be dismissed, proceeding on the remaining exhausted causes of action.
7 Judge Cooke found them intertwined because they all arise out of Plaintiff's medical care (or the
8 alleged lack thereof).  While that is so, the Recommendation is that Plaintiff file an amended
9 complaint alleging only the fully exhausted claims.  Judge Cooke had no way of knowing whether
10 Plaintiff wished to return and exhaust the claim in the third cause of action or proceed with only
11 the two.  Since it appears that Plaintiff is satisfied with proceeding only on the remaining Causes
12 of Action (I and II), and Defendants have no objection to that procedure, judicial economy
13 suggests that, rather than dismissing the Complaint and requiring Plaintiff to file a new document
14 as an amended complaint, the Court merely dismiss Cause of Action III, and proceed with the
15 original complaint on Causes I and II, without the necessity of filing an amended complaint (and
16 the necessity of another responsive pleading).
17    IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
18 tion (#24) is AFFIRMED, Defendant's Motion to Dismiss is GRANTED as to Cause of Action III.
19    IT IS FURTHER ORDERED that Plaintiff's Motion to Amend Complaint (#28) is
20 GRANTED to the extent that the Cause of Action III is dismissed and this matter will proceed on
21 the original Complaint only as to Causes of Action I and II; and
22 . . . .
23 . . . .
24 . . . .
25 . . . .
26 . . . .

1   IT IS FURTHER ORDERED that Defendants file an answer to Causes I and II of
2   the Complaint within 30 days of the date of this Order.
3   Dated: February 9, 2006.

_____
**ROGER L. HUNT**
**United States District Judge**