# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MICHAEL REEVES, | ) | |
| Plaintiff(s), | ) | 3:04-CV-00716-RLH-VPC |
| vs. | ) | **O R D E R** |
| STATE OF NEVADA, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#45, filed February 14, 2007), entered by the Honorable Valerie P. Cooke, regarding Defendant's Motion to Dismiss (#34) and Plaintiff's Motion for Default (#36). No objection was filed to Magistrate Judge Cooke's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Cooke should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#45) is AFFIRMED and ADOPTED, Defendant's Motion to Dismiss (#34) and Plaintiff's Motion for Default (#36) are both DENIED.

Dated: March 12, 2007.

_____
**ROGER L. HUNT**
**U.S. District Judge**