UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL REEVES, | |
| Plaintiff(s), | 3:04-cv-0716-RLH-VPC |
| vs. | **O R D E R** |
| STATE OF NEVADA, *et al.*, | |
| Defendant(s). | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#64, filed December 18, 2007), entered by the Honorable Valerie P. Cooke, regarding Defendants' Motion to Dismiss (#47). No objection was filed to Magistrate Judge Cooke's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Cooke should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#64, entered December 18, 2007) is AFFIRMED and ADOPTED, Defendants' Motion to Dismiss is GRANTED.

////

1  IT IS FURTHER ORDERED that in the event Plaintiff chooses to file an amended
2 complaint, it must be filed within fifteen (15) days of the filing of this Order.
3  Dated: January 22, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**

2